IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA,
    PLAINTIFF,

v.                                                                                          No. 6:97CR60008-001

MIKE BAKER,                                                       DEFENDANT.

## NOTICE OF JUDGMENT DEBTOR EXAMINATION

YOU WILL PLEASE TAKE NOTICE that pursuant to Rule 26 and 69(a) of the Federal Rules of Civil Procedure, on Thursday, December 8, 2005, at 9:00 a.m., the undersigned will take the oral deposition of Mike Baker, defendant in the above entitled cause at the U.S. Post Office and Courthouse Building, Room 315, 101 South Jackson, El Dorado, Arkansas, and you will bring with you:

    1. All deeds to real estate owned by you or in which you hold interest, (including leases, contracts, deeds of trust, or mortgages).

    2. Evidence of any conveyance of real estate made by you subsequent to March 26, 1998.

    3. All stock certificates, bonds, or other securities in your name or held jointly by you and others, (including options to purchase).

    4. Copies of your most recently filed federal and state income tax returns.

    5. All bank books in your name individually or jointly with others.

    6. All trust agreements in which you are named trustor, trustee, or beneficiary.

    7. Titles to all motor vehicles you own, (including bills of sale or other documents

pertaining to any transfer, etc.).

8. Any other documents, books or records tending to show your net worth (including earnings statements from most recent paychecks, life insurance policies, promissory notes, pension plan, retirement fund, etc.).

9. A completed Financial Statement of Debtor (attached to debtor's copy of this notice).

Dated: November 2, 2005.

ROBERT C. BALFE
UNITED STATES ATTORNEY


By: /s/ David R. Ferguson
   David R. Ferguson
Assistant U. S. Attorney
Arkansas Bar No. 85052
P. O. Box 1524
Fort Smith, AR 72902
Phone: 479-783-5125
Fax: (479) 441-0569
Email: david.ferguson@usdoj.gov